### GOLSTEIN et al. v. KOROL.

(Supreme Court, Appellate Term. November 29, 1907.)

APPEAL—RETURN—CORRECTION—FAILURE TO ATTACH PAPER IN EVIDENCE.

Where a paper admitted in evidence and marked as an exhibit is not attached to the return on appeal, and the case cannot be determined without it, the return will be remitted to the files of the court.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 3, Appeal and Error, § 2831.]

Appeal from Municipal Court, Borough of Manhattan, Seventh District.

Action by Isaac Golstein and another against George Korol. From a judgment for plaintiffs, defendant appeals. Return remitted to the files of the court.

Argued before GILDERSLEEVE, P. J., and LEVENTRITT and ERLANGER, JJ.

S. N. Tuckman, for appellant.
Jacob Friedman, for respondents.

PER CURIAM. The release executed by the defendant Prager to the defendant Korol appears to have been admitted in evidence and marked as an exhibit. It is not attached to the return, and the case cannot be determined without that instrument.

The return is therefore remitted to the files of this court, to enable counsel to take such action therein as they may deem proper.